# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES THEODORE SHARKEY,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81134

FILED

JUN 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the ruling announced from the Court on 5/1/2020 that it was granting the State an order to quash the subpoena." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order granting the State's motion to quash a subpoena, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-21180

cc: Hon. Michael Villani, District Judge
James Theodore Sharkey
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A